SecureRelease™ Portal     https://www.securerelease.us/request-details/2e156a23-c502-4d7d-8109...

Case 1:25-cv-03271-TNM     Document 1-1     Filed 09/18/25     Page 1 of 2



EXHIBIT A, p 1 of 2

was advised by embassy staff that Canadians obtain the visa at the border instead. Subsequently, his visa application was denied by the embassy staff, who instructed him to clarify the misunderstanding with the border guards. Following their advice, he successfully obtained a student visa at the border and completed three years of studies in the USA. However, since then, he has consistently faced additional screening at border crossings.

**Reason for Expedited Processing:** -

| | |
|---|---|
| **Agency:** | Department of Homeland Security |
| **Component:** | U.S. Customs & Border Protection |
| **Processing Track:** | Simple |
| **Request Type:** | FOIA Request |
| **Submitted Date:** | 10/22/2024 |
| **Request Status:** | Searching for Records |
| **Identity Verification Status:** | Not Requested by Agency |

### Files uploaded by user
Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
| * Passport ID.jpg | General Documentation |
| * Travel history.png | General Documentation |
| * Certificate of Eligibility (F-1) Student.pdf | General Documentation |
| * I-797C.pdf | General Documentation |
| G28 Notice of Entry of Appearance as Attorney.pdf | General Documentation |

5 rows     1-5 of 5

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE

COOKIE SETTINGS     GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

EXHIBIT A, p 2 of 2